J. FRANK GAMBEE, Respondent, v. GRISTEDE BROS., INC., Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ANNIE GOLDBERG, Appellant, v. CLASPOINT REALTY CORPORATION, Respondent.— Order denying plaintiff's motion to strike out certain defenses in answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.